**FILED**
JUN 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. 08 CR 518 |
| --- | --- | --- |
| vs. | ) | |
| | ) | Violation: Title 18, United States Code Section 641 |
| BENNY ALEXANDER, | ) | |
| aka "JIM DAVIS," aka | ) | JUDGE GETTLEMAN |
| "JAMES ALEXANDER" | ) | |
| | | MAGISTRATE JUDGE COLE |

The UNITED STATES ATTORNEY charges:

From in or about February 1989 and continuing to in or about February 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

BENNY ALEXANDER, aka "JIM DAVIS," aka "JAMES ALEXANDER,"

defendant herein, did embezzle, steal, purloin, and knowingly convert to his own use in excess of $1,000 in funds belonging to the United States, namely, approximately $254,395.79 in funds administered by the Social Security Administration as part of its benefits programs, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY