**FILED**
JUN 27 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**08 CR 518**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   United States v. BENNY ALEXANDER, aka "JIM DAVIS," aka "JAMES ALEXANDER"

   **JUDGE GETTLEMAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO x   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE COLE**

3) Is this a re-filing of a previously dismissed indictment or information?   NO x   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO x   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO x   YES ☐

6) What level of offense is this indictment or information?   FELONY x   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO x   YES ☐

8) Does this indictment or information include a conspiracy count?   NO x   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............... (II)        ☐ Income Tax Fraud ........... (II)        ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)              ☐ Postal Fraud ............ (II)           ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ........... (II)        X Other Fraud ............. (III)          ☐ Immigration Laws ............ (IV)
   ☐ Post Office Robbery ...... (II)      ☐ Auto Theft ............. (IV)            ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)        ☐ Transporting Forged Securities .. (III)  ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ................ (III)       ☐ Forgery ............. (III)              ☐ Motor Carrier Act ................ (IV)
   ☐ Burglary ............... (IV)        ☐ Counterfeiting ............ (III)        ☐ Selective Service Act ............ (IV)
   ☐ Larceny and Theft ....... (IV)       ☐ Sex Offenses ............ (II)           ☐ Obscene Mail ............... (III)
   ☐ Postal Embezzlement ...... (IV)      ☐ DAPCA Marijuana .......... (III)         ☐ Other Federal Statutes ........... (III)
   ☐ Other Embezzlement ..... (III)       ☐ DAPCA Narcotics ........... (III)        ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 641

KRUTI TRIVEDI
Assistant United States Attorney

(Revised 12/99)