Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 518-1 | **DATE** | 7/3/2008 |
| **CASE TITLE** | United States of America vs. Benny Alexander | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Bond hearing held. Daniel J. Hesler is appointed as counsel for defendant. Defendant waives formal reading of the information  Defendant acknowledges understanding the charges in the information and maximum penalties. Defendant enters a plea of not guilty to the information. Parties agree on bond. Defendant is released on $4,500.00 own recognizance bond.  Rule 16.1(a) conference shall be held ASAP. Pretrial motions are due by July 17, 2008.  Status hearing is set before Judge Gettleman on July 17, 2008 at 9:15 a.m.  Time is excluded from July 3, 2008 to and including July 17, 2008. (X-E).

Docketing to mail notices.

00:15

FILED
2008 JUL -3 PM 3:04
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|