# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States of America,
v.
Benny Alexander

Case Number: 08 CR 518 – 1

AN APPEARANCE IS HEREBY FILED FOR THE UNDERSIGNED AS ATTORNEY FOR:

Benny Alexander

FILED
JUL 3 2008
JUL X 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Daniel J. Hesler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS 55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6225161 | TELEPHONE NUMBER (312) 621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ | |