# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER (specify below)
IN THE CASE OF

U.S. vs. Alexander

FILED
JUL X 3 2008
JUL 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Benny Alexander

1 ☐ Defendant – Adult
2 ☐ Defendant – Juven.
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

Fraud

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 518
Court of Appeals: 08cr518

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 1990
How much did you earn per month? $ 2000/month
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 1,123/mm disability
$100/m public aid - stamps

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 90

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 0?? — (home has been foreclosed)
$500 — '99 Chrysler

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☒ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ 10,000 | $ 300 |
| | Credit Card | $ 500 | $ |
| | car loan (repossessed) | $ 4,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/3/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Benny Alexander