AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 518 |
| | ) | Judge Robert W. Gettleman |
| v. | ) | |
| | ) | WAIVER OF INDICTMENT |
| BENNY ALEXANDER, | ) | |
| aka, "JAMES ALEXANDER" | ) | |
| aka "JIM DAVIS" | ) | |

I, BENNY ALEXANDER, the above named defendant, who is accused of, from in or about February 1989 and continuing to in or about February 2007, at Chicago, in the Northern District of Illinois, Eastern Division, embezzling, stealing, purloining, and knowingly converting to my own use in excess of $1,000 in funds belonging to the United States, namely, approximately $254,395.79 in funds administered by the Social Security Administration as part of its benefits programs, which funds I was not entitled to receive, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on July 3, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
BENNY ALEXANDER

_____
DANIEL HESLER
Attorney for Benny Alexander

Before _____
Hon. Jeffrey Cole

July 3, 2008