**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

UNITED STATES OF AMERICA
                         Plaintiff,

v.                                                Case No.: 1:08−cr−00518
                                                     Honorable Robert W. Gettleman

Benny Alexander
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Change of Plea Hearing is re−set to 7/22/2008 at 11:00 a.m. the Court deems the period of time from 7/17/2008 through 7/22/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.